AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Fredrez Mashad Terrell

Case No. CR 14-53 (3) JRT/JJG

1441-0220-0549-J

*Defendant*

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Fredrez Mashad Terrell
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - Conspiracy to Commit Bank Fraud 18:1349; Counts 4-5 Bank Fraud 18:1344 and 2 and Counts 8-9 Aggravated Identity Theft

Date: 02/20/2014

*Issuing officer's signature*

City and state: St. Paul, MN

Leah E. Gilgenbach, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*